#10188  #12985

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2011 JAN 10 PM 3:33
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   LEATHERLAND CORP.              Case No.  03-31195

Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Joseph P. Ciaramitaro | 42850 Garfield, Suite 104, Clinton Township, MI 48038 | $2.38 |
| Cabarrus County Tax Collector | P.O. Box 707, Concord, NC 28026-0707 | $1.08 |
| Saginaw Charter Twp. | 4980 Shattuck Rd., Saginaw, MI 48603-2963 | $1.25 |

Check for $4.71 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated:   1/7/11

Cc:
Office of the U.S. Trustee