√# 10189  # 129427

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
2011 APR 14 PM 3:08
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: LEATHERLAND CORP.        Case No. 03-31195

Debtor(s)                        Chapter 7

                                 Judge Mary Ann Whipple

## TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| John A. Donofrio, Summit County Fiscal Officer, c/o Marvin D. Evans, Asst. Pros. Atty 906 Key Building, 159 S. Main St., Akron, OH 44308-1317 | | $8.43 |

2. Your Trustee's check for $8.43 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 4/12/2011

_____
Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm